```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   NORTHERN DISTRICT OF CALIFORNIA
 9
10   THERASENSE, INC.,           )
                                 )
11           Plaintiff(s),       )   No. C04-2123 MJJ (BZ)
                                 )
12      v.                       )   DISCOVERY ORDER
                                 )
13   BECTON, DICKSON AND CO.,    )
                                 )
14           Defendant(s).       )
     _____)
15                               )
     THERASENSE, INC.            )
16                               )   No. C04-3732 MJJ (BZ)
             Plaintiff(s),       )
17                               )
        v.                       )
18                               )
     NOVA BIOMEDICAL             )
19   CORPORATION,                )
                                 )
20           Defendant(s).       )
     _____)
21                               )   No. C04-3327 MJJ (BZ)
     BECTON DICKINSON & CO.,     )
22                               )
             Plaintiff(s),       )
23                               )
        v.                       )
24                               )
     THERASENSE, INC.,           )
25                               )
             Defendant(s).       )
26   _____)
```

27      Following a telephonic discovery conference on June
28 27, 2005, **IT IS HEREBY ORDERED** that the parties are to meet

1

and confer in accordance with the initial discovery order by no later than **Tuesday, July 5, 2005**, to discuss whether their confidentiality designations are in compliance with Foltz v. State Farm Mut. Auto Ins. Co., 331 F.3d 1122 (9th Cir. 2003). See Contratto v. Ethicon, Inc., 227 F.R.D. 304 (N.D. Cal. 2005).  If the parties are unable to resolve their disputes regarding in-house counsel access to confidentially-designated documents, either side is granted leave to file a motion by **September 20, 2005.**  Any opposition must be filed by **August 3, 2005**.  Any reply must be filed by **August 10, 2005.**  The Court will then schedule a hearing if it concludes one is necessary.

Dated: June 28, 2005

          /s/ Bernard Zimmerman
            Bernard Zimmerman
        United States Magistrate Judge

G:\BZALL\-REFS\THERASENSE\DISCO.ORDER.wpd