```
 1
 2
 3
 4
 5
 6
 7                        UNITED STATES DISTRICT COURT
 8                      NORTHERN DISTRICT OF CALIFORNIA
 9
10   THERASENSE, INC.,              )
                                    )
11           Plaintiff(s),          )    No. C04-2123 MJJ (BZ)
                                    )
12       v.                         )
                                    )
13   BECTON, DICKSON AND CO.,       )
                                    )
14           Defendant(s).          )
     _____)
15   THERASENSE, INC.               )
                                    )
16           Plaintiff(s),          )    No. C04-3732 MJJ (BZ)
                                    )
17       v.                         )
                                    )
18   NOVA BIOMEDICAL CORPORATION,   )
                                    )
19           Defendant(s).          )
     _____)
20   BECTON DICKINSON & CO.,        )
                                    )
21           Plaintiff(s),          )    No. C04-3327 MJJ (BZ)
                                    )
22       v.                         )
                                    )    **ORDER**
23   THERASENSE, INC.,              )
                                    )
24           Defendant(s).          )
     _____)
25
26       **IT IS HEREBY ORDERED** that if Becton Dickinson & Co. or
27   Nova Biomedical Corporation wish to have in-house counsel
28   access confidential documents, they must either obtain

                                    1
```

1 | approval of Abbott Laboratories and Therasense, Inc. or make a
2 | proper showing before the Court.
3 | Dated: September 7, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\THERASENSE\PROTECTIVE.ORD.wpd