| | |
|---|---|
| BRADFORD J. BADKE (*pro hac vice*)<br>jim.badke@ropesgray.com<br>SONA DE (CSB # 193896)<br>sona.de@ropesgray.com<br>NINA HORAN (*pro hac vice*)<br>nina.horan@ropesgray.com<br>BRIEN P. SANTARLAS (*pro hac vice*)<br>brien.santarlas@ropesgray.com<br>SANJEEV MEHTA (*pro hac vice*)<br>sanjeev.mehta@ropesgray.com<br>ROPES & GRAY LLP<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090 | MARK D. ROWLAND (CSB # 157862)<br>mark.rowland@ropesgray.com<br>GABRIELLE E. HIGGINS (CSB # 163179)<br>gabrielle.higgins@ropesgray.com<br>ROPES & GRAY LLP<br>525 University Place<br>Palo Alto, CA 94301<br>Telephone: (650) 617-4000<br>Facsimile: (650) 617-4090<br><br>E-filing<br><br>FILED<br>JAN 12 2006<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Attorneys for Defendants
NOVA BIOMEDICAL CORPORATION and
BECTON, DICKINSON AND COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>BECTON, DICKINSON AND CO.,<br><br>Defendant.<br><br>AND RELATED CASES. | CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL<br><br>Date: February 7, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom 11, 19th Floor<br>Judge: Honorable Martin J. Jenkins |

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NOS. C-04-2123 MJJ; C-04-3732 MJJ and C-04-3327 MJJ

Plaintiff Abbott Laboratories and Defendants Nova Biomedical Corporation and Becton, Dickinson and Company ("Defendants") have reviewed the following exhibits to the Declaration of Sanjeev Mehta In Support of Defendants' Motion To Collaterally Estop Plaintiff From Rearguing The Claim Construction Ruling From The LifeScan Litigation, dated January 5, 2005. Plaintiff and Defendants stipulate that the following exhibits contain confidential information that should be filed under seal pursuant to Civil L.R. 79:5: **Exhibits 4, 6, and 9-17.**

Dated: January 5, 2006            ROPES & GRAY LLP

                                  By:_____/s/ Bradford J. Badke_____
                                      Bradford J. Badke (*pro hac vice*)
                                      Sona De (CSB # 193896)
                                      Nina R. Horan (*pro hac vice*)
                                      Brien P. Santarlas (*pro hac vice*)
                                      Sanjeev Mehta (*pro hac vice*)
                                  1251 Avenue of the Americas
                                  New York, New York 10020
                                  (212) 596-9000 (telephone)
                                  (212) 596-9090 (facsimile)

                                      Mark D. Rowland (CSB # 157862)
                                      Gabrielle E. Higgins (CSB # 163179)
                                  525 University Place
                                  Palo Alto, CA 94301
                                  Telephone: (650) 617-4000
                                  Facsimile: (650) 617-4090


                                  *Attorneys for Defendants*
                                  NOVA BIOMEDICAL CORPORATION and
                                  BECTON, DICKINSON AND COMPANY

| | | |
|---|---|---|
| 1 | Dated: January 5, 2006 | BAKER BOTTS, LLP |
| 2 | | |
| 3 | | By: /s/ James W. Cannon, Jr. |
| 4 | | James W. Cannon, Jr. (*pro hac vice*)<br>98 San Jacinto Boulevard<br>Suite 1500 |
| 5 | | Austin, Texas 78701<br>(512) 322-2653 (telephone) |
| 6 | | (512) 322-8353 (facsimile) |
| 7 | | Maria Wyckoff Boyce (*pro hac vice*)<br>910 Louisiana |
| 8 | | Houston, Texas 77002<br>(713) 229-1922 (telephone) |
| 9 | | (713) 229-2722 (facsimile) |
| 10 | | David G. Willie (*pro hac vice*)<br>2001 Ross Avenue |
| 11 | | Dallas, Texas 75201<br>(214) 953-6595 (telephone) |
| 12 | | (214) 661-4595 (facsimile) |
| 13 | | MUNGER, TOLLES & OLSEN LLP |
| 14 | | Rohit K. Singla (SBN 213057)<br>560 Mission Street |
| 15 | | 27th Floor<br>San Francisco, CA 94105 |
| 16 | | (415) 512-4040 (telephone)<br>(415) 512-4077 (facsimile) |
| 17 | | |
| 18 | | *Attorneys for Plaintiff* |
| 19 | | ABBOTT LABORATORIES |

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF
TO FILE DOCUMENTS UNDER SEAL
CASE NOS. C-04-2123 MJJ; C-04-3732 MJJ and C-04-3327 MJJ                                             2

| | |
|---|---|
| 1 | This Court ORDERS that the following documents be FILED UNDER SEAL: **Exhibits 4, 6, and 9-17** to the Declaration of Sanjeev Mehta In Support of Defendants' Motion To Collaterally Estop Plaintiff From Rearguing The Claim Construction Ruling From The LifeScan Litigation, dated January 5, 2006. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/12 , 2006   By: _____

Honorable Martin J. Jenkins
UNITED STATES DISTRICT JUDGE