MARK D. ROWLAND (CSB # 157862)
 mark.rowland@ropesgray.com
GABRIELLE E. HIGGINS (CSB # 163179)
 gabrielle.higgins@ropesgray.com
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

MARK D. MEREDITH
 mark.meredith@ropesgray.com
ROPES & GRAY LLP
45 Rockefeller Plaza
New York, NY 10111-0087
Telephone: (212) 841-5700
Facsimile: (212) 841-5725

BRADFORD J. BADKE
 jim.badke@ropesgray.com
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Attorneys for DEFENDANTS
NOVA BIOMEDICAL CORP. AND
BECTON, DICKINSON AND CO.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THERASENSE, INC. and ABBOTT LABORATORIES, <br><br> Plaintiffs, <br><br> v. <br><br> NOVA BIOMEDICAL CORP., <br><br> Defendant. | Case No.: C04-2123 MJJ <br> Case No.: C04-3732 MJJ <br> Case No.: C04-3327 MJJ <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |

Plaintiffs Abbott Diabetes Care, Inc. (formally Therasense, Inc.) and Abbott Laboratories ("Plaintiffs") and Defendants' Nova Biomedical Corp. and Becton, Dickinson and Co., ("Defendants") have reviewed the following exhibits to the Declaration of Bradford J. Badke in Support of Nova Biomedical Corporation and Becton Dickinson and Co.'s Opposition to Plaintiffs' Motion to Permit In-House Counsel Access to Confidential Documents on the Same Basis as Outside Counsel. Plaintiffs and Defendants stipulate that the following exhibits contain confidential information which should be filed under seal pursuant to Civil L.R. 79-5:

**Exhibit 1** (document bearing production number TH0002440 through TH0002443)

August 5, 2005

By _____

BRADFORD J. BADKE
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 596-9000

MARK D. ROWLAND (CSB # 157862)
GABRIELLE E. HIGGINS (CSB # 163179)
ROPES & GRAY LLP
525 University Place
Palo Alto, CA 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

MARK D. MEREDITH
ROPES & GRAY LLP
45 Rockefeller Plaza
New York, New York 10111
Tel.: (212) 841-5700

Attorneys for DEFENDANTS
NOVA BIOMEDICAL CORP. AND
BECTON, DICKINSON AND CO.

1

2  August 5, 2005

3

4                                  By:      /s/ Jason Rantanen .

5                                  JEFFREY I. WEINBERGER (SBN 56214)
                                 DANIEL A. BECK (SBN 204496)

6                                  MUNGER, TOLLES & OLSON LLP
                                 335 South Grand Avenue

7                                  35th Floor
                                 Los Angeles, CA 90071

8                                  Telephone:  (213) 683-9288
                                 Facsimile:    (213) 687-3702

9

10                                 ROHIT K. SINGLA (SBN 213057)
                                JASON RANTANEN (SBN 229404)

11                                 MUNGER, TOLLES & OLSON LLP
                                560 Mission Street

12                                 27th Floor
                                San Francisco, CA 94105

13                                 Telephone:  (415) 512-4040
                                Facsimile:    (415) 512-4077

14                                 Attorneys for PLAINTIFFS
                                ABBOTT DIABETES CARE, INC. and

15                                 ABBOTT LABORATORIES

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**
Case No.: C04-2123 MJJ / Case No.: C04-3732 MJJ / Case No.: C04-3327 MJJ

| | |
|---|---|
| 1 | This Court ORDERS that the following documents be FILED UNDER SEAL: |
| 2 | Exhibit 1 to the Declaration of Bradford J. Badke in Support of Nova Biomedical |
| 3 | Corporation and Becton Dickinson and Co.'s Opposition to Plaintiffs' Motion to Permit In- |
| 4 | House Counsel Access to Confidential Documents on the Same Basis as Outside Counsel. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __January 20__, 2005        By: _____

**DENIED**
*Bernard Zimmerman*
Judge Bernard Zimmerman
United States District Court
Northern District of California

In adequate showing under
Local Rule 79-5(a) & (d)

---

**STIPULATION AND [PROPOSED] ORDER GRANTING NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND CO.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**
Case No.: C04-2123 MJJ / Case No.: C04-3732 MJJ / Case No.: C04-3327 MJJ