UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERASENSE, INC., | ) | |
| Plaintiff(s), | ) | No. C04-2123 MJJ (BZ) |
| v. | ) | |
| BECTON, DICKSON AND CO., | ) | |
| Defendant(s). | ) | |
| THERASENSE, INC. | ) | |
| Plaintiff(s), | ) | No. C04-3732 MJJ (BZ) |
| v. | ) | |
| NOVA BIOMEDICAL CORPORATION, | ) | |
| Defendant(s). | ) | |
| BECTON DICKINSON & CO., | ) | |
| Plaintiff(s), | ) | No. C04-3327 MJJ (BZ) |
| v. | ) | |
| THERASENSE, INC., | ) | **SIXTH DISCOVERY ORDER** |
| Defendant(s). | ) | |

    Before the court is plaintiffs' request for court intervention (Document #192) to resolve a dispute with Nova over the scope of the protective order.  Nova has responded by

1

letter dated April 12, 2006.  I see no need for further briefing or argument.  **IT IS THEREFORE ORDERED** that either the protective order is amended by the inclusion of Paragraph 25 in its entirety, including the language at the top of Page 2 of Document #192, or the parties act in accordance with the existing protective order.  It does not appear unreasonable for plaintiffs to obtain Nova's consent before Nova's Highly Confidential information is produced in litigation other than that to which Nova is a party.

Dated: April 19, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\THERASENSE\DISCOVERY6.ORDER.wpd

2