| | | |
|---|---|---|
| 1 | BRADFORD J. BADKE (*pro hac vice*) | ROHIT K. SINGLA (SBN 213057) |
| 2 | jim.badke@ropesgray.com | JASON RANTANEN (SBN 229404) |
| | SONA DE (CSB # 193896) | MUNGER, TOLLES & OLSON LLP |
| 3 | sona.de@ropesgray.com | 560 Mission Street |
| | BRIEN P. SANTARLAS (*pro hac vice*) | 27th Floor |
| 4 | brien.santarlas@ropesgray.com | San Francisco, CA 94105 |
| | ROPES & GRAY LLP | Telephone: (415) 512-4040 |
| 5 | 1251 Avenue of the Americas | Facsimile: (415) 512-4077 |
| | New York, New York 10020-1104 | Email: *rohit.singla@mto.com* |
| 6 | Telephone: (212) 596-9000 | Email: *jason.rantanen@mto.com* |
| 7 | Facsimile: (212) 596-9090 | |
| | | JAMES W. CANNON, JR. (*pro hac vice*) |
| 8 | MARK D. ROWLAND (CSB # 157862) | SHANNON HUTCHESON (*pro hac vice*) |
| | mark.rowland@ropesgray.com | BAKER BOTTS, LLP |
| 9 | GABRIELLE E. HIGGINS (CSB # 163179) | 98 San Jacinto Boulevard |
| 10 | gabrielle.higgins@ropesgray.com | Suite 1500 |
| | ROPES & GRAY LLP | Austin, Texas 78701 |
| 11 | 525 University Place | Telephone: (512) 322-2653 |
| | Palo Alto, CA 94301 | Facsimile: (512) 322-8353 |
| 12 | Telephone: (650) 617-4000 | Email: *jim.cannon@bakerbotts.com* |
| | Facsimile: (650) 617-4090 | Email: *shannon.hutcheson@bakerbotts.com* |
| 13 | | |
| 14 | Attorneys for Defendants | MARIA WYCKOFF BOYCE (*pro hac vice*) |
| | BECTON, DICKINSON AND COMPANY | BAKER BOTTS, LLP |
| 15 | and NOVA BIOMEDICAL CORPORATION | 910 Louisiana |
| | | Houston, Texas 77002 |
| 16 | | Telephone: (713) 229-1922 |
| 17 | | Facsimile: (713) 229-2722 |
| | | Email: *maria.boyce@bakerbotts.com* |
| 18 | | |
| 19 | | DAVID G. WILLE (*pro hac vice*) |
| | | BAKER BOTTS, LLP |
| 20 | | 2001 Ross Avenue |
| | | Dallas, Texas 75201 |
| 21 | | Telephone: (214) 953-6595 |
| 22 | | Facsimile: (214) 661-4595 |
| | | Email: *david.wille@bakerbotts.com* |
| 23 | | Attorneys for Plaintiffs |
| 24 | | ABBOTT DIABETES CARE INC. |
| | | and ABBOTT LABORATORIES |

[PROPOSED] JOINT ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT
CASE NOS. C04-2123 MJJ, C04-3327 MJJ, C04-3732 MJJ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC., and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>vs.<br><br>BECTON, DICKINSON AND CO.,<br><br>Defendant.<br>AND RELATED CASES | CASE NO. C04-2123 MJJ<br>CASE NO. C04-3327 MJJ<br>CASE NO. C04-3732 MJJ<br><br>[PROPOSED] JOINT ORDER GRANTING REQUEST FOR ENTRY AND USE OF EQUIPMENT AT CLAIMS CONSTRUCTION HEARING |

## ORDER

Equipment for the claims construction hearing in this matter (including but not limited to laptop computers, monitors, projectors with associated switchboxes, cable and power strips, a screen, an ELMO projector, laser pointers, twelve to fifteen boxes of documents and supplies) may be brought into Courtroom 11 on the 19th floor by Ropes & Gray, counsel for Defendants, Baker Botts, counsel for Plaintiffs, and Ropes & Gray's vendor (including but not limited to On The Record) beginning on Wednesday, July 19, 2006.

**IT IS SO ORDERED.**

Dated: 7/14/2006

By: *Martin J. Jenkins*
United States District Judge