# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| THERASENSE, INC., and ABBOTT LABORATORIES, | CASE NO. C04-2123 MJJ |
|---|---|
| Plaintiffs, | CASE NO. C04-3327 MJJ |
| vs. | CASE NO. C04-3732 MJJ |
| BECTON, DICKINSON AND CO., | **[PROPOSED]** |
| Defendant. | **JOINT AMENDED PRETRIAL ORDER** |
| AND RELATED CASES | |

**PROPOSED JOINT AMENDED PRETRIAL ORDER**

The Court, having considered the arguments presented by the parties at a hearing on September 19, 2006, hereby ORDERS:

**Case Schedule**

The parties shall comply with the case schedule set forth in the table below:

| Date | Event |
|---|---|
| October 5, 2006 | Deadline for parties to exchange Amended Preliminary Claim Construction and Extrinsic Evidence (relating to '551 and '745 patents) |
| October 24, 2006 | Deadline for parties to file Amended Joint Claim Construction and Pre-Hearing Statement (relating to '551 and '745 patents) |
| December 1, 2006 | Deadline for parties to file opening briefs on claim construction (relating to '551 and '745 patents) |
| December 20, 2006 | Deadline for parties to file responsive briefs on claim construction (relating to '551 and '745 patents) |
| January 17, 2007 at 2:30 p.m. | Claim construction pre-hearing conference and tutorial (relating to '551 and '745 patents) |
| February 7, 2007 at 2:30 p.m. | Claim construction hearing on '745 and '551 patents (combined - BD/Nova and Roche/Bayer) |

| | |
|---|---|
| February 20, 2007, at 2:00 p.m. | Status Conference |
| February 26, 2007 | Deadline for motions to amend the pleadings to join other parties |
| March 1, 2007 | Deadline for Plaintiffs to serve "Final Infringement Contentions" as required by Patent Local Rule 3-6 |
| March 22, 2007 | a. Deadline for Defendants to serve "Final Invalidity Contentions" as required by Patent Local Rule 3-6<br><br>b. Deadline for Defendants to produce opinions of counsel -- if such opinions are to be relied upon to rebut Plaintiffs' claims of willfulness -- as required by Patent Local Rule 3-8 |
| April 2, 2007 | Deadline for motions to amend the pleadings to change allegations |
| May 25, 2007 | Close of fact discovery |
| May 25, 2007 | Deadline to disclose all expert witnesses (each side is limited to 4 expert witnesses) |
| June 1, 2007 | Deadline to serve initial expert reports on issues as to which a party has the burden of proof pursuant to Rule 26 |
| June 15, 2007 | Deadline to serve rebuttal expert reports |
| July 6, 2007 | Close of expert discovery |
| July 24, 2007 | Hearing date on dispositive motions |
| August 2007 | Settlement Conference with Magistrate Judge Spero |
| August 22, 2007, at 9:30 a.m. | Pretrial Conference |
| September 17, 2007 | Trial |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED September 22, 2006 | BAKER BOTTS, LLP |
| 3 | | |
| 4 | | By: /s/ James W. Cannon, Jr. |
| | | JAMES W. CANNON, JR. (*pro hac vice*) |
| 5 | | |
| 6 | | MUNGER, TOLLES & OLSON LLP |
| 7 | | ROHIT K. SINGLA |
| | | JASON RANTANEN |
| 8 | | |
| 9 | | Attorneys for Plaintiffs |
| | | ABBOTT DIABETES CARE INC. and |
| 10 | | ABBOTT LABORATORIES |
| 11 | | |
| 12 | DATED September 22, 2006 | ROPES & GRAY LLP |
| 13 | | |
| 14 | | By: /s/ Bradford J. Badke |
| | | BRADFORD J. BADKE (*pro hac vice*) |
| 15 | | |
| 16 | | MARK D. ROWLAND |
| | | SONA DE |
| 17 | | |
| 18 | | Attorneys for Defendants |
| | | BECTON, DICKINSON AND COMPANY |
| 19 | | and NOVA BIOMEDICAL CORPORATION |

## ORDER

The Proposed Joint Amended Pretrial Order is hereby adopted by the Court and the parties are ordered to comply with this Order.

Dated: 10/19/2006         By: *[signature]*
                              Honorable Martin J. Jenkins
                              UNITED STATES DISTRICT JUDGE