1  ROHIT K. SINGLA (SBN 213057)  MARIA WYCKOFF BOYCE (*pro hac vice*)
2  JASON RANTANEN (SBN 229404)  BAKER BOTTS, LLP
   MUNGER, TOLLES & OLSON LLP  910 Louisiana
3  560 Mission Street  Houston, Texas  77002
   27th Floor  Telephone: (713) 229-1922
4  San Francisco, CA  94105  Facsimile: (713) 229-2722
   Telephone:    (415) 512-4040  *Email: maria.boyce@bakerbotts.com*
5  Facsimile:    (415) 512-4077
   *Email: rohit.singla@mto.com*  DAVID G. WILLE (*pro hac vice*)
6  *Email: jason.rantanen@mto.com*  BAKER BOTTS, LLP
                                    2001 Ross Avenue
7  JAMES W. CANNON, JR. (*pro hac vice*)  Dallas, Texas  75201
8  SHANNON HUTCHESON (*pro hac vice*)  Telephone: (214) 953-6595
   BAKER BOTTS, LLP  Facsimile: (214) 661-4595
9  98 San Jacinto Boulevard  *Email:  david.wille@bakerbotts.com*
   Suite 1500
10 Austin, Texas 78701
11 Telephone: (512) 322-2653
   Facsimile:  (512) 322-8353
12 *Email:  jim.cannon@bakerbotts.com*
   *Email:  shannon.hutcheson@bakerbotts.com*
13
14 Attorneys for Plaintiffs
   ABBOTT DIABETES CARE INC.
15 and ABBOTT LABORATORIES

16              **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
17

18 THERASENSE, INC., and ABBOTT
   LABORATORIES,                        CASE NO.  C04-2123 MJJ/BZ
19                                       CASE NO.  C04-3732 MJJ/BZ
20          Plaintiffs,                  CASE NO.  C04-3327 MJJ/BZ

21    vs.                               **[PROPOSED] ORDER RESETING DATES**
                                        **FOR CLAIM CONSTRUCTION HEARING**
22 BECTON, DICKINSON AND CO.,           **AND STATUS CONFERENCE**

23          Defendant.
24

25 AND RELATED CASES
26

27

28

[PROPOSED] ORDER RESETING DATES FOR
CLAIM CONSTRUCTION HEARING AND
STATUS CONFERENCE

CASE NO. C04-2123 and C05-3117 MJJ

1  | ABBOTT DIABETES CARE INC. and
2  | ABBOTT LABORATORIES,

3  |     Plaintiffs,                          CASE NO.  C05-3117 MJJ

4  |

5  |     vs.

6  | ROCHE DIAGNOSTICS CORPORATION
   | and BAYER HEALTHCARE LLC

7  |

8  |     Defendants.

9  |

10 |     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

11 |     1.    The Claim Construction Hearing on United States Patent Nos. 6,592,745 and
12 |           5,820,551 shall be scheduled for March 9, 2007 at 2:30 PM.   The Claim
         Construction Hearing previously set for February 20, 2007 is vacated.

13 |     2.    The Status Conference shall be scheduled for April 17, 2007 at 2:00 PM.   The
14 |           Status Conference previously scheduled for February 20, 2007 is vacated.

Dated: _____February 14, 2007_____     By: _____

IT IS SO ORDERED

*Martin J. Jenkins*

Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

[PROPOSED] ORDER RESETING DATES FOR
CLAIM CONSTRUCTION HEARING AND
STATUS CONFERENCE
CASE NO. C04-2123 and C05-3117 MJJ