UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERASENSE, INC.,                    )
                                     )
          Plaintiff(s),              )        No. C04-2123 MJJ (BZ)
                                     )
     v.                              )
                                     )
BECTON, DICKSON AND CO.,             )
                                     )
          Defendant(s).              )
_____)
THERASENSE, INC.                     )
                                     )
          Plaintiff(s),              )        No. C04-3732 MJJ (BZ)
                                     )
     v.                              )
                                     )
NOVA BIOMEDICAL CORPORATION,)
                                     )
          Defendant(s).              )
_____)
BECTON DICKINSON & CO.,              )
                                     )
          Plaintiff(s),              )        No. C04-3327 MJJ (BZ)
                                     )
     v.                              )
                                     )        **ORDER**
THERASENSE, INC.,                    )
                                     )
          Defendant(s).              )
_____)

     The court continues to receive discovery letters
responding to discovery letters that the court has not
received.  **IT IS THEREFORE ORDERED** that henceforth all letters

1

1   as required by the Court's Fifth Discovery Order shall be

2   filed electronically in accordance with General Order No. 45.

3

4   Dated: June 14, 2007

5

6   _____
                    Bernard Zimmerman
          United States Magistrate Judge

7

G:\BZALL\-REFS\THERASENSE\ORDER RE E.FILING DISC.LTRS.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28