1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  THERASENSE, INC.,              )
                                   )
11          Plaintiff(s),          )    No. C04-2123 MJJ (BZ)
                                   )
12       v.                        )
                                   )
13  BECTON, DICKSON AND CO.,       )
                                   )
14          Defendant(s).          )
    ───────────────────────────    )
15  THERASENSE, INC.               )
                                   )
16          Plaintiff(s),          )    No. C04-3732 MJJ (BZ)
                                   )
17       v.                        )
                                   )
18  NOVA BIOMEDICAL CORPORATION,   )
                                   )
19          Defendant(s).          )
    ───────────────────────────    )
20  BECTON DICKINSON & CO.,        )
                                   )
21          Plaintiff(s),          )    No. C04-3327 MJJ (BZ)
                                   )
22       v.                        )    **BRIEFING ORDER**
                                   )
23  THERASENSE, INC.,              )
                                   )
24          Defendant(s).          )
    ───────────────────────────    )
25

26       On June 20, 2007, I held a telephonic conference to

27  discuss the source code discovery dispute raised in the June

28  11, 2007 letter from plaintiff TheraSense.  All interested

                                  1

parties were present, represented by counsel.  For the reasons
discussed on the record, **IT IS ORDERED** that:

    1.   The parties will attempt to resolve this dispute by
way of stipulation or written assurance;

    2.   Failing resolution, TheraSense is granted leave to
file a motion to compel discovery by **June 29, 2007**;

    3.   Any opposition will be filed by **July 9, 2007**;

    4.   Any reply will be field by **July 12, 2007**;

    5.   A hearing is scheduled for **August 1, 2007 at 10:00
a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden
Gate Avenue, San Francisco, California 94102.

Dated: June 20, 2007

                    Bernard Zimmerman
          United States Magistrate Judge

G:\BZALL\-REFS\THERASENSE\BRIEFING.ORDER.wpd