```
1  RACHEL KREVANS (CA SBN 116421)
   WESLEY E. OVERSON (CA SBN 154737)
2  RKrevans@mofo.com
   WOverson@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   BAYER HEALTHCARE LLC
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>ROCHE DIAGNOSTICS CORP., and BAYER HEALTHCARE LLC,<br><br>Defendants. | Case No. C05-03117 MJJ |
| THERASENSE, INC. AND ABBOTT LABORATORIES,<br><br>Plaintiffs,<br><br>v.<br><br>NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND COMPANY,<br><br>Defendants. | Case No. C04-2123 MJJ<br>Case No. C04-3732 MJJ<br>Case No. C04-3327 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Martin Jenkins |

Case Nos. C05-03117 MJJ, C04-2123 MJJ, C04-3732 MJJ and C04-3327 MJJ

sf-2338732

STIPULATION AND [PROPOSED] ORDER

Abbott Diabetes Care Inc. and Abbott Laboratories, Plaintiffs, and Roche Diagnostics Corp., Roche Diagnostics Operations Inc., Bayer Healthcare LLC, Nova Biomedical Corporation, and Becton, Dickinson and Company, Defendants, do hereby stipulate and jointly request that the Court modify the Case Management Order of May 14, 2007 as follows:

Defendants shall not be required to produce opinions of counsel -- if such opinions are to be relied upon to rebut Plaintiffs' claims of willfulness -- as required by Patent Local Rule 3-8 until the earlier of: (1) 10 days after the issuance of the Federal Circuit's ruling in *In re Seagate Technology, LLC*, or (2) August 2, 2007. The parties jointly request this Order because the Federal Circuit's En Banc decision is expected to clarify material aspects of the law relating to the disclosure of opinions of counsel in patent litigation.

Dated: 6/15, 2007

BAKER BOTTS LLP

By: _____
James W. Cannon, Jr.
Shannon H. Hutcheson
Maria Wyckoff Boyce
David G. Wille

*Attorneys for Plaintiffs Abbott Diabetes Care, Inc. and Abbott Laboratories*

Dated: June 15, 2007

BARNES & THORNBURG LLP

By: _____
Donald E. Knebel
Lynn C. Tyler
Larry A. Mackey
Jonathan Froemel
Daniel P. Albers
Paul B. Hunt

*Attorneys for Defendants Roche Diagnostic Corp. & Roche Diagnostics Operations, Inc.*

---

Case Nos. C05-03117 MJJ, C04-2123 MJJ, C04-3732 MJJ and C04-3327 MJJ

STIPULATION AND [PROPOSED] ORDER

1

sf-2338732

| | | |
|---|---|---|
| 1 | Dated: _____, 2007 | ROPES & GRAY LLP |
| 2 | | By:_____ |
| 3 | | Bradford J. Badke<br>Sona De |
| 4 | | Brien P. Santarlas<br>Senjeev B. Mehta<br>Mark D. Rowland |
| 5 | | Gabrielle E. Higgins |

*Attorneys for Defendants Nova Biomedical Corporation Becton, Dickinson and Company*

Dated: 6/15, 2007         MORRISON & FOERSTER LLP

By: /s/ Jason Bartlett
        Rachel Krevans
        Wesley E. Overson
        Jason R. Bartlett

*Attorneys for Defendant Bayer Healthcare LLC*

---

Case Nos. C05-03117 MJJ, C04-2123 MJJ,
C04-3732 MJJ and C04-3327 MJJ

sf-2338732

STIPULATION AND [PROPOSED] ORDER

2

| | | |
|---|---|---|
| 1 | Dated: June 15, 2007 | ROPES & GRAY LLP |
| 2 | | By: _____ |
| 3 | | Bradford J. Badke |
| | | Sona De |
| 4 | | Brien P. Santarlas |
| | | Senjeev B. Mehta |
| 5 | | Mark D. Rowland |
| | | Gabrielle E. Higgins |

*Attorneys for Defendants Nova Biomedical Corporation Becton, Dickinson and Company*

Dated: _____, 2007        MORRISON & FOERSTER LLP

By: _____
Rachel Krevans
Wesley E. Overson
Jason R. Bartlett

*Attorneys for Defendant Bayer Healthcare LLC*

[~~PROPOSED~~] ORDER

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

Dated: _____6/20_____, 2007        By: _____/s/ Martin J. Jenkins_____
                                        Hon. Martin J. Jenkins
                                        *United States District Court Judge*