| | |
|---|---|
| 1 | RACHEL KREVANS (CA SBN 116421) |
| | WESLEY E. OVERSON (CA SBN 154737) |
| 2 | RKrevans@mofo.com |
| | WOverson@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendant |
| | BAYER HEALTHCARE LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT LABORATORIES, | | Case No. C05-03117 MJJ |
| Plaintiffs, | | |
| v. | | |
| ROCHE DIAGNOSTICS CORP., and BAYER HEALTHCARE LLC, | | |
| Defendants. | | |
| THERASENSE, INC. AND ABBOTT LABORATORIES, | | Case No. C04-2123 MJJ<br>Case No. C04-3732 MJJ<br>Case No. C04-3327 MJJ |
| Plaintiffs, | | **STIPULATION AND [PROPOSED] ORDER** |
| v. | | |
| NOVA BIOMEDICAL CORPORATION AND BECTON, DICKINSON AND COMPANY, | | Judge: Hon. Martin Jenkins |
| Defendants. | | |

Case Nos. C05-03117 MJJ, C04-2123 MJJ, C04-3732 MJJ and C04-3327 MJJ

STIPULATION AND [PROPOSED] ORDER

sf-2338732

Abbott Diabetes Care Inc. and Abbott Laboratories, Plaintiffs, and Roche Diagnostics Corp., Roche Diagnostics Operations Inc., Bayer Healthcare LLC, Nova Biomedical Corporation, and Becton, Dickinson and Company, Defendants, do hereby stipulate and jointly request that the Court modify the Case Management Order of May 14, 2007 as follows:

Defendants shall not be required to produce opinions of counsel -- if such opinions are to be relied upon to rebut Plaintiffs' claims of willfulness -- as required by Patent Local Rule 3-8 until the earlier of: (1) 10 days after the issuance of the Federal Circuit's ruling in *In re Seagate Technology, LLC*, or (2) August 2, 2007. The parties jointly request this Order because the Federal Circuit's En Banc decision is expected to clarify material aspects of the law relating to the disclosure of opinions of counsel in patent litigation.

Dated: 6/15, 2007

BAKER BOTTS LLP

By: _____
James W. Cannon, Jr.
Shannon H. Hutcheson
Maria Wyckoff Boyce
David G. Wille

*Attorneys for Plaintiffs Abbott Diabetes Care, Inc. and Abbott Laboratories*

Dated: June 15, 2007

BARNES & THORNBURG LLP

By: _____
Donald E. Knebel
Lynn C. Tyler
Larry A. Mackey
Jonathan Froemel
Daniel P. Albers
Paul B. Hunt

*Attorneys for Defendants Roche Diagnostic Corp. & Roche Diagnostics Operations, Inc.*

Case Nos. C05-03117 MJJ, C04-2123 MJJ, C04-3732 MJJ and C04-3327 MJJ

STIPULATION AND [PROPOSED] ORDER

1

sf-2338732

| | | |
|---|---|---|
| 1 | Dated: _____, 2007 | ROPES & GRAY LLP |
| 2 | | By:_____ |
| 3 | |    Bradford J. Badke |
| | |    Sona De |
| 4 | |    Brien P. Santarlas |
| | |    Senjeev B. Mehta |
| 5 | |    Mark D. Rowland |
| | |    Gabrielle E. Higgins |

*Attorneys for Defendants Nova Biomedical Corporation Becton, Dickinson and Company*

Dated: 6/15, 2007      MORRISON & FOERSTER LLP

By: *[signature: Jason Ba...]*
   Rachel Krevans
   Wesley E. Overson
   Jason R. Bartlett

*Attorneys for Defendant Bayer Healthcare LLC*

---

Case Nos. C05-03117 MJJ, C04-2123 MJJ, C04-3732 MJJ and C04-3327 MJJ

sf-2338732

STIPULATION AND [PROPOSED] ORDER

2

1 | Dated: June 15, 2007 | ROPES & GRAY LLP
2 | | By: _____
3 | |    Bradford J. Badke
  | |    Sona De
4 | |    Brien P. Santarlas
  | |    Sanjeev B. Mehta
5 | |    Mark D. Rowland
  | |    Gabrielle E. Higgins

*Attorneys for Defendants Nova Biomedical Corporation Becton, Dickinson and Company*

Dated: _____, 2007

MORRISON & FOERSTER LLP

By: _____
   Rachel Krevans
   Wesley E. Overson
   Jason R. Bartlett

*Attorneys for Defendant Bayer Healthcare LLC*

[~~PROPOSED~~] ORDER

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

Dated: _____6/20_____, 2007        By: _____/s/ Martin J. Jenkins_____
                                          Hon. Martin J. Jenkins
                                          *United States District Court Judge*