UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBOTT DIABETES CARE INC. And ABBOTT LABORATORIES,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ROCHE DIAGNOSTICS CORP., ROCHE DIAGNOSTICS OPERATIONS, INC., and BAYER HEALTHCARE LLC,<br><br>    Defendant(s). | No. C05-3117 MJJ (BZ)<br><br>Related Cases: 04-2123 MAJ<br>04-3327 MAJ<br>04-3732 MAJ<br><br>**ORDER SEALING CONFIDENTIAL SETTLEMENT AGREEMENT** |

As stated on the record at today's hearing, August 1, 2007, **IT IS HEREBY ORDERED** that the Confidential Settlement Agreement between Abbott Laboratories and LifeScan Inc. shall be filed **UNDER SEAL**. The Clerk of the Court shall file the Confidential Settlement Agreement between Abbott Laboratories and LifeScan Inc. **UNDER SEAL**.

Dated: August 1, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ABBOTT DIABETES CARE\SEALING ORD.SETT.AGMT.wpd

1