ORIGINAL

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| THERASENSE, INC. AND ABBOTT LABORATORIES, | C04-3732MJJ<br>C04-3327MJJ<br>CASE NO. C04-2123MJJ |
| Plaintiff(s),<br>v. | (Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| NOVA BIOMEDICAL CORPORATION AND BECTON DICKINSON AND COMPANY, | |
| Defendant(s). | |

Janice V. Jabido, an active member in good standing of the bar of New York State Supreme Court Appellate Division - First Dept. whose business address and telephone number (particular court to which applicant is admitted) is

Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036, (212) 596-9000,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Nova Biomedical Corporation Becton Dickinson And Company and.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/23/07

Bernard Zimmerman Martin J. Jenkins
United States Magistrate Judge
District