**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERASENSE, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>BECTON, DICKINSON AND COMPANY,<br><br>             Defendant.<br>_____ / | No. C04-02123 MJJ; 04-3327 MJJ; 04-3732 MJJ<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF AUGUST 31, 2006 CLAIM CONSTRUCTION ORDER WITH RESPECT TO "SAMPLE TRANSFER PATH"** |

### INTRODUCTION

Before the Court is Defendants' Motion For Leave To File Motion For Reconsideration Of The August 31, 2006 Claim Construction Order With Respect To "Sample Transfer Path." (04-2123, Docket No. 222; 04-3732, Docket No. 146.) The Court has reviewed the Motion and finds that Defendants have not raised any argument cognizable under Local Rule 7-9 that would cause the Court to change its prior construction of this term. Accordingly, the Court **DENIES** Defendants' Motion For Leave.

**IT IS SO ORDERED.**

Dated: September 19, 2007

                                               MARTIN J. JENKINS
                                               UNITED STATES DISTRICT JUDGE